AGNES E. HOARD, Respondent, *v.* FLORIDA B. LUTHER, Individually and as Executrix of JOHN J. L. FRIED-ERICH, Deceased, et al., Appellants.

Submitted October 4, 1937; decided October 12, 1937.

*William T. Plumb* for motion.

*Heiby W. Ungerer* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

In the Matter of MERTON B. SULLIVAN et al., Appellants, against JAMES E. FINEGAN, Individually and as President of the Municipal Civil Service Commission of the City of New York, et al., Respondents.

Submitted October 4, 1937; decided October 12, 1937.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended so as to provide that the affirmance by the court is without costs. (See 275 N. Y. 479.)